UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

         -against-

ZACHARY HUEBSCH,

                    Defendant.
------------------------------------------------------------X

**MEMORANDUM**

23 Cr. 62 (KMK)

TO:    KENENTH M. KARAS, UNITED STATES DISTRICT JUDGE

       Please find attached a transcript of the May 24, 2023, plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated:  July 21, 2023
           White Plains, New York

                                              Respectfully submitted,

                                              _____
                                              ANDREW E. KRAUSE
                                              United States Magistrate Judge

July 21, 2023

    This transcript represents my Report and Recommendation to the Honorable Kenneth M. Karas, United States District Judge.

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge