# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

MEMO ENDORSED

August 8, 2023

**BY ECF and E-MAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Zachary Huebsch*, 23-cr-62 (KMK)

Dear Judge Karas:

I write to request an adjournment of Mr. Huebsch's sentencing, currently scheduled for September 21, 2023, to a date on or after October 16, 2023 (except from November 9 to November 14, 2023).

Defense counsel is scheduled to be on trial from September 11 through at least September 15. As such, defense counsel does not have adequate time to prepare a sentencing letter, which would be due September 7. Mr. Huebsch is facing a mandatory minimum of 5 years, with much higher guidelines. This requested continuance will allow defense counsel to prepare the thorough and thoughtful sentencing letter that Mr. Huebsch deserves.

Defense counsel discussed this continuance with Assistant United States Attorney Marcia Cohen. She has no objection to this request.

Therefore, Mr. Huebsch requests that his current sentencing date of September 21, 2023 be adjourned to October 16 or thereafter. As noted above, defense counsel cannot appear from November 9 through 14.

Sincerely,

Rachel S. Martin
Assistant Federal Defender

cc: Zachary Huebsch
Marcia Cohen, Esq.

*Granted. The sentence will go forward on November 16, 2023 at 2:00 p.m.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
8/18/2023